# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

134847

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 134847
        COA: 277536
        Wayne CC: 06-002878

GREGORY JONES,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        KELLY, J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

p0123

_____
Clerk